UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE D. COX
ADC # 131273                                                                                          PETITIONER

V.                            No. 4:22-CV-1012-KGB-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                          RESPONDENT

### RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Introduction

On October 19, 2023, Petitioner Joe D. Cox ("Mr. Cox") filed a *pro se* 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus while in custody at the Ouachita

River Unit (ORU) of the Arkansas Division of Corrections in Malvern, Arkansas.[1] *Doc. 1*. Because Mr. Cox: (1) has not paid the filing fee **or** filed a completed Application to Proceed Without Prepayment of Fees (**Form AO-240**); and (2) failed to file a completed and signed 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (**Form AO-241**), the Court recommends dismissing Mr. Cox's Petition (*Doc. 1*) and Amended Petitions (*Docs 9, 17*) for failure to prosecute.

## II.  Procedural History

On February 28, 2023, the Court gave Mr. Cox thirty (30) days to either "(1) file the completed Application [to proceed *in forma paurperis*], including the Certificate of Prisoner Accounts; **or** (2) pay the $5.00 filing fee, in full." *Doc. 3 at 2*. The Court also gave Mr. Cox thirty days to "file an Amended Petition explaining how his current custody violates the United States Constitution or laws of the United States." *Id.* At that time, the Court advised Mr. Cox that if he failed "to timely and properly comply with this Order," his habeas action may "be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2)." *Id. at 3*.

On April 3, 2023, Mr. Cox filed a Motion to Extend Time and requested an additional thirty days to comply with the Court's Order. *Doc. 5*. On April 4, 2023,

---

[1] According to publicly available records, Mr. Cox received a combined sentence of thirty-one years for Kidnapping and Battery in Pulaski County, Arkansas in 2004. In 2012, Mr. Cox received a 168-month sentence for Rape in Saline County, Arkansas. *See* ADC INMATE SEARCH, https://apps.ark.org/inmate_info/search.php. (last visited Aug. 18, 2023).

the Court granted Mr. Cox's request and extended Mr. Cox's time to comply with its February 28, 2023 Order. *Doc. 7.* The April 4, 2023 Order gave Mr. Cox through and including May 4, 2023 to: (1) pay the filing fee **or** file an appropriate application to procced *in forma pauperis*; and (2) file an Amended Petition. *Id.*

On April 13, 2023, Mr. Cox filed a Motion for Leave to Proceed *In Forma Pauperis*. *Doc. 8*. This Motion used Arkansas state court forms for proceeding *in forma pauperis* and did not include a completed Affidavit. This Motion did include a Certificate of Prisoner Accounts. *Id. at 3*. On the same date, Mr. Cox filed an Amended Petition of Writ of Habeas Corpus. *Doc. 9*. This Petition used Arkansas state habeas corpus forms.

On April 24, 2023, Mr. Cox filed another Motion for Leave to Proceed *In Forma Pauperis*. *Doc. 11*. This Motion also uses Arkansas state court forms for proceeding *in forma pauperis* and did not include a Certificate of Prisoner Accounts. It did include a completed Affidavit from Mr. Cox. *Id. at 2–4*.

On April 27, 2023, the Court denied the two deficient Motions to Proceed *In Forma Pauperis* (*Docs. 8, 11*) filed by Mr. Cox. *Doc. 14.* The Court once again reminded Mr. Cox to: (1) file a completed Application to Proceed Without Prepayment of Fees and Affidavit (**Form AO-240**) **or** pay the $5.00 filing fee, in full; and (2) fully complete, sign, and file the **Form AO-241**. *Id. at 4.* The April 27, 2023 Order gave Mr. Cox through and until May 30, 2023 to comply. *Id.* Finally,

the Order reminded Mr. Cox that, if he failed to timely and properly comply with the Order, this habeas action may be dismissed, pursuant to Local Rule 5.5(c)(2). *Id. at 4–5*.

On May 2, 2023, Mr. Cox filed an Amended Petition for Writ of Habeas Corpus using the correct form, **Form AO-241**.[2] *Doc. 17*. However, this form was neither *completed* nor *signed*.

As of the date of this Recommended Disposition, Mr. Cox has neither filed a **proper** application to proceed *in forma pauperis* nor paid the $5.00 filing fee, in full. While Mr. Cox filed several separate Motions to Proceed *In Forma Pauperis*, each of the Motions were deficient. Additionally, while Mr. Cox filed several notices, supplements, addendums and Petitions, none of the filings contain a correctly completed and signed **Form AO-241**—as ordered by the Court—and none of the filings explain in sufficient detail how his custody violates the laws or the Constitution of the United States.

Accordingly, dismissal without prejudice is appropriate under Local Rule 5.5(c)(2). Thus, the Court recommends that this case be dismissed, without prejudice, due to Mr. Cox's failure to comply with Local Rule 5.5(c)(2).

### III. Conclusion

---

[2] On the same date, Mr. Cox also filed another deficient request to proceed *in forma pauperis*. *Doc. 16*. This filing used the correct form, **Form AO-240**, but Mr. Cox did not sign the document, and the document did not include a completed Certificate of Prisoner Accounts signed by an officer of the institution.

IT IS THEREFORE RECOMMENDED THAT:

1.	Petitioner Cox's § 2254 Petition for Writ of Habeas Corpus (*Doc. 1*) and two Amended Petitions for Writ of Habeas Corpus (*Docs. 9, 17*) be DISMISSED, without prejudice.

2.	All pending motions be DENIED, as moot.

3.	A Certificate of Appealability be DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 24th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE