THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOE D. COX**                                                                                                          **PETITIONER**
**ADC #131273**

v.                              Case No. 4:22-cv-01012-KGB

**DEXTER PAYNE, Director,**                                                                                **RESPONDENT**
**Arkansas Division of Correction**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 25). The parties have not objected to the Recommended Disposition, and the time for objecting has passed. After careful consideration of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 25). The Court dismisses without prejudice petitioner Joe D. Cox's petition for writ of *habeas corpus* and his two amended petitions for writ of *habeas corpus* (Dkt. Nos. 1; 9; 17). The Court denies as moot all pending motions (Dkt. Nos. 16; 21). In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court denies a certificate of appealability. 28 U.S.C. § 2253(c)(2).

It is so ordered this 10th day of October, 2023.

_____
Kristine G. Baker
United States District Judge